No. 81–2110.   UNITED BUILDING & CONSTRUCTION TRADES COUNCIL OF CAMDEN COUNTY AND VICINITY *v.* MAYOR AND COUNCIL OF THE CITY OF CAMDEN ET AL.   Sup. Ct. N. J.   [Probable jurisdiction noted, 460 U. S. 1021.] Motion of New England Legal Foundation for leave to file a brief as *amicus curiae* granted.

No. 81–2332.   NORFOLK REDEVELOPMENT AND HOUSING AUTHORITY *v.* CHESAPEAKE & POTOMAC TELEPHONE COMPANY OF VIRGINIA ET AL.   C. A. 4th Cir.   [Certiorari granted, 459 U. S. 1145.]   Motion of the Solicitor General for divided argument granted.   JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 82–585.   ALOHA AIRLINES, INC. *v.* DIRECTOR OF TAXATION OF HAWAII; and
No. 82–586.   HAWAIIAN AIRLINES, INC. *v.* DIRECTOR OF TAXATION OF HAWAII.   Sup. Ct. Haw.   [Probable jurisdiction noted, 459 U. S. 1101.]   Motion of Multistate Tax Commission et al. for leave to file a brief as *amici curiae* granted.

No. 82–818.   NATIONAL LABOR RELATIONS BOARD *v.* BILDISCO & BILDISCO, DEBTOR-IN-POSSESSION, ET AL.; and
No. 82–852.   LOCAL 408, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA *v.* NATIONAL LABOR RELATIONS BOARD ET AL.   C. A. 3d Cir.   [Certiorari granted, 459 U. S. 1145.] Motion of American Federation of Labor and Congress of Industrial Organizations for leave to file a brief as *amicus curiae* granted.   Motion of the Solicitor General for divided argument granted, and a total of 15 minutes allotted for oral argument.   Motion of petitioner in No. 82–852 for divided argument granted, and a total of 15 minutes allotted for oral argument.   Request of petitioner in No. 82–852 for additional time for oral argument denied.